IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In the Matter Of

**WILLIAM ALVIRA RIVERA**
*aka* **WILLIAM ALVIRA**

**Debtor**

Case No. **18-00775-MCF13**
Chapter 13

### NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

COMES NOW creditor, ORIENTAL BANK, represented by the undersigned attorney and, very respectfully states and prays:

1. The appearing creditor wishes to be notified of all pertinent documents and notices for hearing in the instant proceeding through the undersigned counsel at the address of record: **ORIENTAL BANK, Centralized Collections Unit, Bankruptcy Division, PO BOX 364745, SAN JUAN, PUERTO RICO 00936-4745.**

WHEREFORE, it is respectfully requested from this Honorable Court that an order be entered including creditor herein in the Master Address List, as to permit future notices be addressed to ORIENTAL BANK & TRUST through the undersigned counsel at the address of record.

In San Juan, Puerto Rico, this 20 day of february, 2018.

I HEREBY CERTIFY that this Notice of Appearance was filed electronically with the Clerk of the Court using CM/ECF system which will send notifications of such filings to all appearing parties in the above captioned bankruptcy proceeding.

/s/ JAIME RUIZ-SALDAÑA, ESQ.
**JAIME RUIZ-SALDAÑA, ESQ.**
U.S.D.C. 220313
Attorney for **ORIENTAL BANK**
**CENTRALIZED COLLECTIONS UNIT**
BANKRUPTCY DIVISION
PO BOX 364745
SAN JUAN, PR 00936-4745
TEL (787) 777-2192
FAX. (787) 777-2195p