IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

WILLIAM ALVIRA RIVERA

CASE NO. 18-00775-MCF

CHAPTER 13

DEBTOR(S)

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on 03/20/2018. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: to be determined

3. With respect to the attached payment plan:

PLAN DATE: May 29, 2018          PLAN BASE: $8,625.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 5/30/2018

[ ] FAVORABLE          [X] UNFAVORABLE

1. [X] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

(1) Copy of personal check was submitted as evidence of income for debtor. Trustee is not able to determine the following: a. If checks disclose the gross or net income. If it is net income, Schedule I needs to be revised as well. b. Appears debtor receive his income biweekly. Thus, the following evidence of income are missing: First half of August and 2nd half of September. For October 2017 through January 2018 all income are missing. (2) For non-filing spouse - January 2018 is missing ( biweekly).

2. [X] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

No provision for Coop A/C Caguas listed in Schedule D. Also, Schedules do not discloses property related.

[X] OTHER:

(1) SOFA item#4 discloses income of $8,774.00 and $49,022.00; however, does not disclose year earned. (2) Debtor to provide bank statements and/or card statements three months before filing in order to review a preferential payments. (3) Section 3.7- Does not specify how CRIM will be paid. (4) Trustee's objection to claim #7 filed by Coop A/C Aguas Buenas in dkt#17 since claim was filed after bar date is pending. (5) Trustee is evaluating evidence related to transfer of trailer disclosed in SOFA and copy of deed ( Repudiacion de Herencia) submitted by debtor in order to state his position.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Pedro R Medina
Pedro R Medina

Atty: ROBERTO FIGUEROA

USDC #226614
ALEJANDRO OLIVERAS RIVERA
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - GB