UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO
MINUTES OF HEARING

**Hearing Information:**

| | | | |
|---|---|---|---|
| Debtor: | WILLIAM ALVIRA RIVERA | Case Number: | 18-00775-MCF |
| Joint Debtor: | | Chapter: | 13 |
| Date / Time / Room: | 6-7-2018 at 1:30 PM | Courtroom: | 03 |
| Bankruptcy Judge: | MILDRED CABAN FLORES | | |
| Courtroom Clerk: | MARTA BORREGO | | |
| Reporter / ECR: | EDNA SANABRIA | | |

**Matter:**

CONFIRMATION HEARING OF CH 13 PLAN DATED 5/29/2018 (DKT #18)

OBJECTION TO CONFIRMATION FILED BY FIRSTBANK PR (DKT #12)

OBJECTION TO CONFIRMATION FILED BY COOP A/C AGUAS BUENAS (DKT #16)

**Appearances:**
☐ Debtor
☒ Debtor's Attorney
☒ Trustee
☐ Creditors/Others:

**Proceedings:**
**ORDER:**

☐ Plan Dated:_____ [Docket no. ____] is: ☐ CONFIRMED ☐ NOT CONFIRMED

☐ Favorable recommendation in open court._____

☐ LBR 3015-2(i) applies.

☒ Hearing on Confirmation is continued to: 9/20/2018 @ 9:00am

☐ Movant's application to withdraw motion is GRANTED. RE:_____.

☐ The motion to convert filed by _____ Docket No.____ is: ☐ Granted ☐ Denied ☐ Withdrawn
   ☐ Moot.

☐ Additional Comments:

/S/ MILDRED CABAN FLORES
U.S. Bankruptcy Judge