# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | |
| | * | CASE NO. 18-00775 MCF |
| WILLIAM ALVIRA RIVERA | * | |
| | * | CHAPTER 13 |
| DEBTOR | * | |

## DEBTOR'S MOTION REQUESTING ORDER
## RE: AUTHORIZATION TO USE FUNDS FROM 2017 TAX REFUND

TO THE HONORABLE COURT:

NOW COMES, **WILLIAM ALVIRA RIVERA,** the Debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. The Debtor's proposed Amended Chapter 13 Plan dated 05/29/2018 provides that Debtor's tax refunds will be paid into the Plan. See Docket No. 18.

2. The Debtor received the 2017 tax refund in the sum of $418.00.

3. The Debtor respectfully submits to this Honorable Court that he needs to use these funds to pay for: medical/dental work.

4. Attached to this motion is copy of an invoice for this expense.

5. The Debtor needs to use these funds from the 2017 "tax refund' to pay for this reasonable expense. The Debtor is living within a very "tight" budget which barely covers his daily expenses and a Plan payment of $250.00.

6. Based on the abovestated, the Debtor respectfully requests this Honorable Court to Order the authorization of the use of these funds to allow the Debtor to pay for the above stated expense, with the 2017 tax refund.

Page – 2-
Debtor's Motion Requesting Order
Case no. 18-00775 MCF13

**WHEREFORE**, the Debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion and allow the use of the funds from the debtor's 2017 tax refund.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

I CERTIFY that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, Alejandro Oliveras Rivera, Esq.; I also certify that a copy of this motion was sent to the Debtor via US Mail to William Alvira Rivera, Urb Ext El Verde 66 Neptuno Street Caguas PR 00725.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 21st day of June, 2018.

/s/ Roberto Figueroa Carrasquillo
USDC #203614
**RFIGUEROA CARRASQUILLO LAW OFFICE PSC**
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

# RAMOS FUENTES, HECTOR

#Lic 808    NPI 1225131436

CALLE MUNOZ RIVERA A1

CAGUAS, PR, 00726-9998

**Phone:** (787)744-3087

**E-mail:** herf49@yahoo.com

---

### Fee Estimation

---

021674-ALVIRA RIVERA,WILLIAM

URB EL VERDE CALLE NEPTUNO 66

CAGUAS, PR, 00725-9998

**Date:** 6/20/2018

**Plan Deduct.:** Private

**Annual deductible:** 0.00

**For Service Date:** 6/20/2018

**Provider:** RAMOS FUENTES, HECTOR

**Referring Provider:**

**For Service Facility:** Office

**Provider Level:** Sub-Specialist

| Services | Tooth | Surface | Units | Ser. Chr. | Pat. Chr. | Payer Chr. |
|---|---|---|---|---|---|---|
| D0150:COMPREHENSIVE ORAL EVALUATION - NEW OR ESTABLISHED PATIENT | | | 1 | 60.00 | 60.00 | 0.00 |
| D7240:REMOVAL OF IMPACTED TOOTH - COMPLETELY BONY | 1 | | 1 | 60.00 | 60.00 | 0.00 |
| D7240:REMOVAL OF IMPACTED TOOTH - COMPLETELY BONY | 16 | | 1 | 60.00 | 60.00 | 0.00 |
| D7240:REMOVAL OF IMPACTED TOOTH - COMPLETELY BONY | 17 | | 1 | 60.00 | 60.00 | 0.00 |
| D9222:DEEP SEDATION- GENERAL ANESTHESIA- FIRST 15 MINUTES | | | 1 | 170.00 | 170.00 | 0.00 |
| | | | **Total** | **410.00** | **410.00** | **0.00** |

---

### Messages

---

Copyright © 2017 American Dental Association. All Rights Reserved.

Label Matrix for local noticing
0104-3
Case 18-00775-MCF13
District of Puerto Rico
Old San Juan
Wed Jun 20 16:07:16 AST 2018

COOP A/C AGUAS BUENAS
PO BOX 5
AGUAS BUENAS, PR 00703-0005

FIRSTBANK PR
MARTINEZ & TORRES LAW OFFICE PSC
PO BOX 192938
SAN JUAN, PR 00919-3409

ORIENTAL BANK CCU
CCU BANKRUPTCY DEPARTMENT
PO BOX 364745
SAN JUAN, PR 00936-4745

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

ADT Security Services Puerto Rico
PO Box 650485
Dallas, TX 75265-0485

Banco Popular De Puert
209 Munoz Rivera Ave
San Juan, PR 00918

COOP DE A/C AGUAS BUENAS
PO BOX 5
AGUAS BUENAS, PR 00703-0005

CRIM
PO BOX 195387
SAN JUAN, PR 00919-5387

FIRST BANK
CONSUMER SERVICE CENTER
BANKRUPTCY DIVISION (CODE 248)
PO BOX 9146, SAN JUAN, PR 00908-0146

First Bank Puerto Rico
1130 Ave Munoz Rivera
San Juan, PR 00927-5009

Firstbank Puerto Rico
PO Box 9146
San Juan, PR 00908-0146

(p) INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

ORIENTAL BANK
Credit Collections& Loss Mitigation
BOX 364745,
SAN JUAN, P.R. 00936-4745
Att.: Ramn A. Snchez 00936-4745

Thd/Cbna
PO Box 6497
Sioux Falls, SD 57117-6497

ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS CHAPTER 13 TRUS
PO BOX 9024062
SAN JUAN, PR 00902-4062

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186

WILLIAM ALVIRA RIVERA
EXT EL VERDE 66 NEPTUNO ST
CAGUAS, PR 00725-6333

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114-0326

End of Label Matrix
Mailable recipients    18
Bypassed recipients     0
Total                  18