IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>**WILLIAM ALVIRA RIVERA**<br><br>DEBTOR(S) | CASE NO. 18-00775-MCF<br><br>CHAPTER 13 |
|---|---|

**TRUSTEE'S REQUEST FOR ENTRY OF ORDER**

**TO THE HONORABLE COURT:**

**Comes now**, Alejandro Oliveras Rivera, Chapter 13 Trustee, who most respectfully **states** and **prays** as follows:

1. On 05/17/2018, the Trustee filed an Objection to Claim No. **07 (dkt#17)**.
2. More than thirty days have elapsed and no answer has been filed by creditor/debtor(s) or any other party in interest.
3. The trustee hereby requests from this Honorable Court to enter an order granting the trustee's Objection to Claim No. **07 (dkt#17)**.

**WHEREFORE**, for the reasons stated above, it is respectfully requested from the Court to take knowledge of the above and consequently grant the remedy requested in this motion.

**CERTIFICATE OF SERVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non ECF/CM participants: debtor(s), and parties in interest that have filed notices of appearance, included in the service list attached to the original hereof.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 13th day of July, 2018.

**/s/ALEJANDRO OLIVERAS RIVERA**
ALEJANDRO OLIVERAS RIVERA
CHAPTER 13 TRUSTEE
PO BOX 9024062
SAN JUAN PR, 00902-4062
PHONE: 787-977-3500
FAX: 787-977-3521
CCC-SHRV

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| COOP A/C AGUAS BUENAS<br>PO BOX 5<br>AGUAS BUENAS, PR  00703 -0005 | COOP A/C AGUAS BUENAS<br>JUAN A SANTOS BERRIOS ESQ<br>PO BOX 9102<br>HUMACAO, PR  00792 -9102 |
| COOP A/C AGUAS BUENAS<br>PO BOX 5<br>AGUAS BUENAS, PR  00703 -0005 | |
| WILLIAM ALVIRA RIVERA<br>EXT EL VERDE<br>66 CALLE NEPTUNO<br>CAGUAS, PR  00725-6333 | |
| ROBERTO FIGUEROA CARRASQUILLO*<br>R FIGUEROA CARRASQUILLO LAW OFFICE PSC<br>PO BOX 186<br>CAGUAS, PR  00726-0186 | |

DATED:   July 13, 2018

/S/RENE GOMEZ
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 1     - CASE NO  18-00775-MCF