IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE * 
 * CASE NO. 18-00775 MCF
WILLIAM ALVIRA RIVERA *
 * CHAPTER 13
DEBTOR *

### DEBTOR'S MOTION REQUESTING ORDER
### RE: AUTHORIZATION TO USE FUNDS FROM 2018 TAX REFUND

TO THE HONORABLE COURT:

NOW COMES, **WILLIAM ALVIRA RIVERA,** the Debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. The Debtor's proposed Amended Chapter 13 Plan dated 05/29/2018 provides that Debtor's tax refunds will be paid into the Plan. See: Docket No. 18, in the above captioned case.

2. The Debtor received the 2018 tax refund in the sum of $510.00.

3. The Debtor respectfully submits to this Honorable Court that he needs to use these funds to pay for: car mechanical repairs.

4. Attached to this motion is copy of an invoice for this expense.

5. The Debtor needs to use these funds from the 2018 "tax refund' to pay for this reasonable expense. The Debtor is living within a very "tight" budget which barely covers his daily expenses and a Plan payment of $250.00.

6. Based on the abovestated, the Debtor respectfully requests this Honorable Court to Order the authorization of the use of these funds to allow the Debtor to pay for the above stated expense, with the 2018 tax refund.

Page – 2-
Debtor's Motion Requesting Order
Case no. 18-00775 MCF13

**WHEREFORE**, the Debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion and allow the use of the funds from the Debtor's 2018 tax refund.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

I CERTIFY that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, Alejandro Oliveras Rivera, Esq.; I also certify that a copy of this motion was sent to the Debtor via US Mail to William Alvira Rivera, Urb Ext El Verde 66 Neptuno Street Caguas PR 00725.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 08th day of July, 2018.

/s/ Roberto Figueroa Carrasquillo
USDC #203614
***RFIGUEROA CARRASQUILLO LAW OFFICE PSC***
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfc@rfigueroaclaw.com

18-00775



**GARAJE VELAZQUEZ** y O ReneT Velazquez
Nos especializamos en BMW
**No. 00796**

Bo. Molas. Carr. 174 km. 2.1 HC-03 Box 1789 Aguas Buenas, PR 00703
Tels. 787-732-7338 • 787-645-9087

DATE: 2/7/19

NAME: Wilson Aluma
ADDRESS: Caguas
Tel: 212-1998
CITY, STATE, ZIP:

| TABLILLA | MODELO | AÑO | COLOR | HR.LLEGA | HR.SALE | MILLAJE | PAIDOUT |
|---|---|---|---|---|---|---|---|
| ETY-439 | 325i | 2002 | Gris | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | 1 Cambio de Junta Valvu | | |
| 2 | Casa motor y Sellos | | |
| 3 | | | |
| 4 | 1 Cambio de Sellos de | | |
| 5 | Spark Plug | 50 00 | |
| 6 | | | |
| 7 | | | |
| 8 | Junta cacus motor | 490 | |
| 9 | Sellos de Tornillos 18 | 240 | |
| 10 | Piezas | 740 | 500 |
| 11 | Labor | 370 | 1240 |
| 12 | Añadir aceite consumido | | |
| 13 | 1-2 cuartos motor | | |
| 14 | TOTAL | | 2790 |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |

RECEIVED BY:

TAX:
TOTAL: $2794 00

Despues de terminado el vehiculo y habiendose notificado al cliente tendra un costo por almacenamiento $15 dolares diarios