IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

WILLIAM ALVIRA RIVERA

Debtor(s)

CASE NO. 18-00775/MCF

CHAPTER 13

**MOTION REQUESTING ORDER FOR AUTHORIZATION TO BEGIN EVALUATION WITH Puerto Rico Homeowner Assistance Program (PRHAP)**

**TO THE HONORABLE COURT:**

Comes now, **WILLIAM ALVIRA RIVERA**, the Debtor, represented by the undersigned attorney, and very respectfully states and prays as follows:

1. The Debtor is the owner of a residential property encumbered by a mortgage in favor of secured creditor Firstbank Puerto Rico, Claim no 6-1, in the above captioned case.

2. The Debtor applied for the recently created program of Puerto Rico Homeowner Assistance Program (PADHPR). The Puerto Rico Homeowner Assistance Program is a program of the Puerto Rico Housing Financing Authority.

3. PRHAP provides assistance to homeowners to prevent and/or alleviate mortgage delinquencies, defaults, foreclosures, and displacement of homeowners experiencing financial hardship due to the COVID-19 pandemic. PRHAP requested an order from this Honorable Court to begin the program evaluation with the Debtor.

4. Therefore, the Debtor respectfully requests an order from the Court authorizing the Debtor to begin the evaluation for The Puerto Rico Homeowner Assistance Program.

5. Furthermore, this transaction would not affect any rights of creditors according to the Plan and is for the benefit of all creditors.

**WHEREFORE** the Debtor respectfully requests from this Honorable Court to take notice of the aforementioned and enter an Order approving authorization for the Debtor to participate in the Puerto Rico Homeowner Assistance Program.

**NOTICE:** Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this March 17th, 2022.

/s/ *Roberto Figueroa Carrasquillo*
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699/787-963-7699
Email: rfc@rfigueroalaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 18-00775-MCF13<br>District of Puerto Rico<br>Old San Juan<br>Thu Mar 17 09:06:48 AST 2022 | COOP DE AHORRO Y CREDITO AGUAS BUENAS<br>PO BOX 5<br>AGUAS BUENAS, PR 00703-0005 | FIRSTBANK PR<br>MARTINEZ & TORRES LAW OFFICE PSC<br>PO BOX 192938<br>SAN JUAN, PR 00919-3409 |
| ORIENTAL BANK CCU<br>CCU BANKRUPTCY DEPARTMENT<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | ADT Security Services Puerto Rico<br>PO Box 650485<br>Dallas, TX 75265-0485 |
| Banco Popular De Puert<br>209 Munoz Rivera Ave<br>San Juan, PR 00918-1000 | COOP DE A/C AGUAS BUENAS<br>PO BOX 5<br>AGUAS BUENAS, PR 00703-0005 | CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 |
| FIRST BANK<br>CONSUMER SERVICE CENTER<br>BANKRUPTCY DIVISION (CODE 248)<br>PO BOX 9146, SAN JUAN, PR 00908-0146 | First Bank Puerto Rico<br>1130 Ave Munoz Rivera<br>San Juan, PR 00927-5009 | Firstbank Puerto Rico<br>PO Box 9146<br>San Juan, PR 00908-0146 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | ORIENTAL BANK<br>Credit Collections& Loss Mitigation<br>BOX 364745,<br>SAN JUAN, P.R. 00936-4745<br>Att.: Ramn A. Snchez 00936-4745 | Thd/Cbna<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 |
| ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 |
| WILLIAM ALVIRA RIVERA<br>EXT EL VERDE 66 NEPTUNO ST<br>CAGUAS, PR 00725-6333 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114-0326

End of Label Matrix
Mailable recipients    18
Bypassed recipients     0
Total                  18