IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 18-00775-MCF13 |
|---|---|
| WILLIAM ALVIRA RIVERA | Chapter 13 |
| xx-xx-1683 | |
| Debtor(s) | FILED & ENTERED ON MAR/18/2022 |

ORDER

The Debtor is authorized by the Bankruptcy Court to participate in the Puerto Rico Homeowner Assistance Program.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18 day of March, 2022.

Mildred Caban Flores
United States Bankruptcy Judge