IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 18-00775-MCF13 |
| WILLIAM ALVIRA RIVERA | Chapter 13 |
| xx-xx-1683 | |
| Debtor(s) | FILED & ENTERED ON JUN/13/2022 |

ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following: Debtor's Motion Requesting Order Re: Authorization to Use of Funds from 2021 Tax Refund, docket #74.

Due notice having been given, there being no opposition, and good cause appearing thereof, the motion is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13 day of June, 2022.

*Mildred Caban*

Mildred Caban Flores
United States Bankruptcy Judge